# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-07629 |
| | ) | |
| **Ann Terrell** | ) | Chapter 7 |
| | ) | Hon. Deborah L Thorne |
| Debtor. | ) | |

## NOTICE OF OBJECTION

To:    Via CM/ECF:

Office of the U.S. Trustee
Chapter 7 Trustee, Ronald R Peterson
Keough & Moody PC, Attorneys for Beaufort of Gordon Terrace Condominium Association

PLEASE TAKE NOTICE that the Debtor, Ann Terrell, Objects to Gordon Terrace Condominium Association's Amended Motion for Reconsideration (Motion to Alter or Amend Judgment or Order/New Trial (Rule 9023), Motion for Relief from Judgment or Order (Rule 9024)).

/s/ Peter L Berk

O'KEEFE, RIVERA & BERK, LLC
Peter L Berk, Esq.
55 W Wacker Drive, Ste 1400
Chicago IL 60601
312/758-1121

## CERTIFICATE OF SERVICE

I, Peter L. Berk, an attorney, certify that I have served a true and correct copy of the foregoing notice on the parties listed above, by electronic notice through the ECF system, on April 28, 2020.

/s/ Peter L. Berk